UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DELIAH DANIELS,<br><br>                              Plaintiff,<br><br>v.<br><br>DARYL FRY, et. al.,<br><br>                              Defendants. | Case No.:  3:20-cv-02226-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On November 9, 2020, Plaintiff Diane Deliah Daniels initiated this action by filing a Complaint against Defendants Daryl Fry, Jayson Stebbins, Michael Roddy, John Meyer, Brian Moynihan, Gerald Hassell, Brian Richard, Thomas Gibbons, Gary Kreep, Joel Wohlfeil, William Gore, Mark Milton, Jamie Felix, Casey James, Edward Bishop, David Nisleit, Keneth Medel, Peter Doft, Scott Hildebrand, Timothy Walsh, Jaime Murillo, Elizabeth Chen, and Aledra Retano.  (ECF No. 1).  The record reflects no further filings in this case.

**I.     Failure to Pay Filing Fee or Request in Forma Pauperis Status**

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if she is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. section 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has she submitted a properly supported motion to proceed in forma pauperis pursuant to 28 U.S.C. section 1915(a). Therefore, this case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II.  Conclusion

For the reasons set forth above, the Court hereby:

(1) DISMISSES this action sua sponte without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a motion to proceed in forma pauperis pursuant to 28 U.S.C. section 1914(a) and section 1915(a); and

(2) GRANTS Plaintiff sixty (60) days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing and administrative fee in full; or (b) complete and file a motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. Civ. L.R. 3.2.

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Oct. 1, 2019)). The additional $50 administrative fee does not apply to persons granted leave to proceed in forma pauperis. *Id.*

IT IS FURTHER ORDERED that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *in Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee or complete and submit the enclosed motion to proceed in forma pauperis within 60 days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. section 1914(a) and without further Order of the Court.

IT IS SO ORDERED.

Dated: November 25, 2020

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court